USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 11, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
DAVID K. BROWN,

                                 Plaintiff,

              -against-                       **21-CV-1380 (ALC)**

TRIBOROUGH BRIDGE AND TUNNEL      **ORDER**
AUTHORITY ET AL,

                               **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendant Transworld Systems Inc. requests a pre-motion conference in anticipation of a motion to dismiss. (ECF No. 10.) Plaintiff shall respond to Defendant's request by May 13, 2021.

**SO ORDERED.**

**Dated:  May 11, 2021**
         **New York, New York**                    _____
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**